# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0504. ANTWANETTE HILL v. THE STATE.**

Antwanette Hill entered a negotiated plea to theft by taking and was sentenced to eight years probation in March 2019. Hill filed a motion to withdraw the guilty plea, which the trial court dismissed on June 13, 2019. Hill later filed another motion to withdraw her guilty plea, which the trial court dismissed on December 19, 2019. On October 7, 2022, Hill filed a notice of appeal, seeking to appeal an order allegedly entered on October 6, 2022, denying a "[m]otion for new trial (or motion in arrest of judgment, etc.)." We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "[T]he proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015) (citation and punctuation omitted). Here, the record does not show that Hill filed a motion for new trial or in arrest of judgment. To the extent that Hill is attempting to appeal her conviction, Hill's notice of appeal, filed over three years after her sentence, is

untimely. The notice of appeal is also untimely from the denials of her motions to withdraw her guilty plea. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  *01/10/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* *, Clerk.*